**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6734**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

CALVIN EDWARD MILLER, a/k/a Killer, a/k/a Calvin Elwood Miller,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Glen E. Conrad, Chief District Judge. (3:11-cr-00020-GEC-RSB-1)

_____

Submitted: October 18, 2016       Decided: October 21, 2016

_____

Before WILKINSON, KING, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Edward Miller, Appellant Pro Se. Robert Chase Abendroth, OFFICE OF THE UNITED STATES ATTORNEY, Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Edward Miller appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. While the district court found that Miller's career offender designation overstated his criminal history, it did not rely on the drug quantity table in calculating Miller's sentence. See United States v. Munn, 595 F.3d 183, 192 (4th Cir. 2010). Accordingly, we affirm for the reasons stated by the district court. United States v. Miller, No. 3:11-cr-00020-GEC-RSB-1 (W.D. Va. May 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED